MICHAEL J. Y. WONG  1869
1188 Bishop Street, Suite 1511
Honolulu, Hawaii  96813
Telephone:  536-1855

Attorney for Plaintiff
LUVE A. PALERACIO

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| LUVE A. PALERACIO,<br><br>           Plaintiff,<br><br>      vs.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendants. | Civil No. _____<br><br>COMPLAINT; SUMMONS IN A CIVIL CASE |

COMPLAINT

Comes now LUVE A. PALERACIO, Plaintiff above named, by and through her undersigned counsel and for claims for relief against Defendants, jointly and severally, alleges as follows:

1.    This action arises under the Federal Tort Claims Act, as hereinafter more fully appears.  Jurisdiction exists pursuant to United States Code Title 28 Section 1346(b)(1).  The claim set forth herein was presented to the United States Postal Service on August 1, 2014 and denied on June 16, 2016.  The matter was not resolved.

2.    This is an action for money damages for personal injury to Plaintiff LUVE A. PALERACIO caused by the negligence of UNITED STATES POSTAL SERVICE and UNITED STATES OF AMERICA.

3.    Plaintiff LUVE A. PALERACIO was and is a resident of the City and County of Honolulu, State of Hawaii.

4. At pertinent times herein, Defendant UNITED STATES OF AMERICA operated United States Postal Service, a postal service for the United States of America.

5. The incidents described herein took place within the jurisdiction of the United States District Court, State of Hawaii.

6. On or about August 1, 2012, in Waipahu, Hawaii, Plaintiff LUVE A. PALERACIO was involved in a motor vehicle accident with a United States Postal Service employee.

7. The United States Post Service employee operated his vehicle without due care and in a manner causing the collision.

8. The United States Postal Service Employee was within the course and scope of his employment with the United States Postal Service at all pertinent times herein.

9. On the occasion in question, said United States Post Service employee was guilty of one or more of the following negligent acts and/or omissions:

    a. Failing to keep a proper lookout.

    b. Failing to exercise the requisite due care in the operation of Defendant's motor vehicle.

    c. Operating Defendant's motor vehicle in a negligent manner.

    d. Driving without regard to the actual and potential hazards and conditions then existing.

    e. Operating a motor vehicle without proper training.

10. As a direct and proximate result of the negligent acts and/or omissions of Defendants, each of them, Plaintiff sustained physical and mental injuries, and damage to the motor vehicle he was driving.

11. As a further direct and proximate result of the negligent acts and/or omissions of Defendants, each of them, Plaintiff has incurred and will incur medical expenses and asks leave to amend this complaint to show the total amount thereof at the time of trial.

12. As a further direct and proximate result of the negligent acts and/or omissions of Defendants, each of them, Plaintiff incurred income loss and other special

damages and asks leave to amend this complaint to show the total amount thereof at the time of trial.

WHEREFORE, Plaintiff demands judgment against Defendants, and each of them, jointly and severally, as follows:

1. General, special, property, and other damages in such amounts as are shown at trial.

2. Attorney's fees and costs and for such other relief as may be deemed appropriate and equitable.

3. Prejudgment and post judgment interest.

DATED: Honolulu, Hawaii, December 16, 2016.

/s/ Michael J. Y. Wong
_____
MICHAEL J. Y. WONG
Attorney for Plaintiff
LUVE A. PALERACIO