MICHAEL J. Y. WONG  1869
1188 Bishop Street, Suite 1511
Honolulu, Hawaii   96813
Telephone:  536-1855

Attorney for Plaintiff
LUVE A. PALERACIO

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| LUVE A. PALERACIO,<br><br>              Plaintiff,<br><br>     vs.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendants. | Civil No. CV 16-00660 DKW-RLP<br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AND PARTIES<br><br>Judge:  Ronald L. Puglisi<br><br>No Trial Date Set |

NOTICE OF DISMISSAL WITHOUT PREJUDICE
OF ALL CLAIMS AND PARTIES

        Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff LUVE A. PALERACIO gives notice that he hereby dismisses his claims against Defendant UNITED STATES OF AMERICA, without prejudice.  Defendant UNITED STATES OF AMERICA has not served an answer nor a motion for summary judgment. There are no other claims and parties.  A trial date has not been set.

        DATED:  Honolulu, Hawaii, April 18, 2017.

                                        /s/ MICHAEL J. Y. WONG
                                        _____
                                        MICHAEL J. Y. WONG
                                        Attorney for Plaintiff
                                        LUVE A. PALERACIO